1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR08 - 0236 MMC |
| Plaintiff, | ) | |
| vs. | ) | ~~PROPOSED~~ ORDER |
| LUKE D. BRUGNARA and BRUGNARA CORPORATION, | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED that the Status Hearing in the above referenced case currently scheduled for July 30, 2008 at 2:30 pm. is vacated and rescheduled to October 1, 2008 at 2:30 p.m.  It is also ordered that the time from July 30, 2008 to ~~August~~ October 1, 2008 is excluded under the Speedy Trial Act.  See 18 U.S.C. 3161 (h) (8) (B) (iv) and 18 U.S.C. 3161 (h) (A).

The Court finds that the excludable time is necessary to give defense counsel adequate time to investigate and prepare for trial and to allow for both further settlement discussions as well as continuity of Counsel.  Further, the ends of justice served by excluding the time from July 30, 2008 to October 1, 2008, outweigh the best interests of the public and the Defendants' in a speedy trial.

IT IS SO ORDERED.

DATED: July   25    , 2008

~~THE HONORABLE MAXIME C. CHESNEY~~
UNITED STATES DISTRICT COURT JUDGE
THE HONORABLE MAXINE M. CHESNEY