1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>       )<br>     Plaintiff,    )<br>       )<br>   v.    )<br>       )<br>LUKE D. BRUGNARA and BRUGNARA )<br>CORPORATION,    )<br>       )<br>     Defendants.    )<br>_____) | No. CR 08-0236 MMC<br><br>ORDER  CONTINUING STATUS<br>CONFERENCE |

GOOD CAUSE APPEARING, in that it is the stipulation of the parties

IT IS HEREBY ORDERED that the time between October 21, 2008 until December 3, 2008 be excluded for continuity of counsel and effective preparation under Title 18, United States Code, Section 3161(h)(8)(B)(iv) based on the stipulation of the parties that AUSA Bessette will be in trial and that this time is appropriate and necessary because the ends of justice served by taking such an action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that  the Status Conference is continued from October 21, 2008 to December 3, 2008, at  2:30 p.m.

DATED: October 17, 2008 _____

                The Honorable Maxine Chesney
                U.S. District Court Judge