UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0236 MMC |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LUKE D. BRUGNARA and BRUGNARA CORPORATION, | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, ~~in that it is~~ the stipulation of the parties as set forth in

IT IS HEREBY ORDERED that the time between April 22, 2009 until July 22, 2009 be excluded for continuity of counsel and effective preparation under Title 18, United States Code, Section 3161(h)(7)(B)(iv) based on the stipulation of the parties that AUSA Bessette will be in trial and the defense attorney needs additional time to complete his investigation and that this time is appropriate and necessary because the ends of justice served by taking such an action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the status conference is CONTINUED to July 22, 2009.

DATED: April 21, 2009        _____
                             The Honorable Maxine Chesney
                             U.S. District Court Judge

CR 08-0236 MMC