United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0236 MMC |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO WITHDRAW** |
| LUKE D. BRUGNARA and BRUGNARA CORPORATION | |
| Defendants / | |

    Before the Court is the Ex Parte Motion to Withdraw as Attorney of Record for Defendants Luke D. Brugnara and Brugnara Corporation, filed October 23, 2009 by Harris B. Taback, counsel of record for said defendants.  The matter came on regularly for hearing on November 4, 2009, at which time the Court, proceeding in camera, heard from counsel and his client, respectively, and thereafter took the matter under submission.

    The Court having fully considered the matter, including the law applicable thereto, the motion is hereby DENIED.

Dated: November 5, 2009

MAXINE M. CHESNEY
United States District Judge