UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-0236-MMC |
| Plaintiff, | |
| v. | [PROPOSED] ORDER SUBSTITUTING DEFENDANT'S ATTORNEY |
| LUKE BRUGNARA, | |
| Defendant. | |

The motion of Defendant, Luke Brugnara, for an Order substituting Brian H Getz and Eric R. Krebs in place of Harris Taback as attorney of record in this action was submitted on the pleadings.

IT IS ORDERED that:

Brian H Getz and Eric R. Krebs be substituted for Harris Taback as attorney for defendant in this matter.

Date: March 2, 2010

Honorable Maxine Chesney
U.S. District Court Judge

- 6 -

MOTION FOR ORDER SUBSTITUTING DEFENDANT'S ATTORNEY; DECLARATIONS IN SUPPORT THEREOF; AND [PROPOSED] ORDER
Case No. CR 08-0236-MMC