**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUKE D. BRUGNARA,<br><br>　　　　Defendant<br>_____/ | No. CR 08-0236 MMC<br><br>**ORDER GRANTING MOTION FOR SCHEDULING ORDER; DENYING MOTION TO STRIKE WITHOUT PREJUDICE; CONTINUING HEARING ON MOTION TO WITHDRAW PLEA; CONTINUING SENTENCING** |

　　　Before the Court is the government's "Motion for Scheduling Order & to Strike," filed March 11, 2010. Defendant has not filed a response. Having read and considered the motion, the Court rules as follows:

　　　Good cause appearing, the motion for a scheduling order is hereby GRANTED, as follows:[1]

　　　1. Defendant shall file his complete motion to withdraw his guilty plea on or before April 14, 2010.

　　　2. The government shall file its opposition on or before April 28, 2010.

　　　3. Defendant shall file any reply on or before May 5, 2010.

　　　4. The hearing on defendant's motion is hereby CONTINUED from April 28, 2010 to

---

[1] The government's motion to strike the Declaration of Brian H. Getz is hereby DENIED without prejudice to the government's raising objection thereto at the hearing on the motion to withdraw the guilty plea.

May 19, 2010.

    In light of the above, the date currently set for judgment and sentencing is hereby CONTINUED from May 5, 2010 to June 16, 2010.

**IT IS SO ORDERED.**

Dated: March 17, 2010

                              MAXINE M. CHESNEY
                              United States District Judge