| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) |
| 2 | United States Attorney |
| 3 | BRIAN J. STRETCH (CABN 163973) |
| 4 | Chief, Criminal Division |
| 5 | MAUREEN C. BESSETTE (CABN 2468254) |
|   | THOMAS NEWMAN (NYSBN 4256178) |
| 6 | Assistant United States Attorneys |

 1   JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney
 2
 3   BRIAN J. STRETCH (CABN 163973)
     Chief, Criminal Division
 4
 5   MAUREEN C. BESSETTE (CABN 2468254)
     THOMAS NEWMAN (NYSBN 4256178)
 6   Assistant United States Attorneys
            1301 Clay Street, Suite 340S
 7          Oakland, CA, 94612
            Telephone: (510) 637-3691
 8          Facsimile:  (510) 637-3724
            E-mail: maureen.bessette@usdoj.gov
 9
10   Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR08-00222 WHA |
| | ) | CR08–00236 MMC |
| Plaintiff, | ) | |
| | ) | U.S.' Notice to Withdraw Request for |
| v. | ) | Mental Competency Determination |
| | ) | AND ORDER THEREON |
| LUKE D. BRUGNARA, | ) | ~~Date: March 24, 2010~~ |
| | ) | Time: 2:30 p.m. |
| Defendant. | ) | The Honorable Maxine M. Chesney |
| | ) | Courtroom #7 |

The United States hereby provides notice that it withdraws its Motion for Mental Competency Determination of the Defendant because the defense has stipulated to have the defendant examined by Dr. David Kessler. Therefore there is no need for the Court to hear this

CR08-236-MMC; CR08-222-WHA
Notice Withdraw Mtn Mental Competency

1  motion on March 24, 2010.

2                                    Respectfully submitted,

3
                                     JOSEPH P. RUSSONIELLO
4                                    United States Attorney

5

6                                    _____/s/_____
                                     MAUREEN C. BESSETTE
7                                    THOMAS NEWMAN
                                     Assistant United States Attorneys
8


20  Dated: March 23, 2010

*IT IS SO ORDERED*
/s/ Maxine M. Chesney
Judge Maxine M. Chesney
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)