BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655

Attorney for Defendant
LUKE BRUGNARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LUKE BRUGNARA,<br><br>  Defendant. | Case No. CR 08-0236-MMC<br><br>[PROPOSED] ORDER TO CONTINUE MOTION HEARING DATE |

IT IS ORDERED that:

The Motion to Withdraw Guilty Plea currently scheduled for May 19, 2010 is continued to May 26th at 2:30 p.m.

Date: May 13, 2010

*[signature]*
HONORABLE MAXINE M. CHESNEY
United States District Court Judge